UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORNEL RIVERA<br><br>Defendant. | CASE NO. 2:17-cr-146<br><br>JUDGE MARBLEY<br><br>SUPERSEDING INFORMATION<br><br>18 U.S.C. §1035<br>18 U.S.C. §2 |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

**(False Statements Relating to Health Care Matters)**

From on or about January 11, 2013 through on or about April 21, 2017, in the Southern District of Ohio, defendant JORNEL RIVERA, knowingly and willfully made materially false, fictitious, and fraudulent representations to a health care benefit program as defined in 18 U.S.C. §24, to wit: the Ohio Medicaid program, in connection with the delivery of or payment for health care benefits, items, or services by causing fraudulent claims to be submitted for compound creams that were not medically necessary, not properly prescribed or never provided to patients.

**In violation of 18 U.S.C. §1035 and §2.**

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

KENNETH F. AFFELDT, (0052128)
Assistant United States Attorney

MARITSA A. FLAHERTY (0080903)
Special Assistant United States Attorney