IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:17 CR 146 |
|---|---|---|
| Plaintiff, | ) ) | JUDGE MARBLEY |
| v. | ) ) | |
| DARRELL BRYANT, et al., | ) ) | |
| Defendants. | ) ) | |

## GOVERNMENT'S EXHIBIT LIST

| | Description | I.D. | Offered | Objection | Admitted | ¶ of Indictment |
|---|---|---|---|---|---|---|
| | **100 SERIES-APPLICATIONS & CORPORATE RECORDS** | | | | | |
| 100 | HWP Medicaid Provider Agreements | | | | | |
| 101 | HWP Medicaid Provider Agreements | | | | | |
| 102 | HWMC Medicaid Provider Agreements | | | | | |
| 103 | HWMC CareSource Medicaid MCO Provider Agreements | | | | | |
| 104 | HWP CVS/CareMark Medicaid MCO Provider Agreements | | | | | |
| 105 | HWMC Molina Medicaid MCO Provider Agreements | | | | | |
| 106 | HWMC Paramount Medicaid MCO Provider Agreements | | | | | |
| 107 | HWP Corporate Records – Sec of State | | | | | |
| 108 | HWMC Corporate Records – Sec of State | | | | | |
| 109 | Medicaid Suspension letter | | | | | |
| 110 | Alexander Recovery Corporate Records – Sec of State | | | | | |
| 111 | Alexander Recovery Center Medicaid Provider Agreement | | | | | |
| 112 | Alexander Recovery Center OMHAS Application (First) | | | | | |
| 113 | OMHAS Case Notes – Alexander Recovery | | | | | |

1

| | Description | I.D. | Offered | Objection | Admitted | ¶ of Indictment |
|---|---|---|---|---|---|---|
| 114 | Alexander Recovery Center OMHAS Application (Second) | | | | | |
| 115 | Alexander Recovery – Org Chart provided to OMHAS | | | | | |
| | **200 SERIES-REGULATIONS & EDUCATION** | | | | | |
| 200 | Board of Pharmacy Regulations | | | | | |
| 201 | Medicaid Regulations | | | | | |
| 202 | Counseling Regulations | | | | | |
| | **300 SERIES-REVIEWS, FINDINGS, & BILLINGS** | | | | | |
| 300 A-B | Medicaid Summary Findings on HWP - Compounds | | | | | |
| 301 A-B | Medicaid Summary Findings on HWMC - Counseling | | | | | |
| 302 | Medicaid Remittance Advice Statements | | | | | |
| 303 | Medicaid MCO CareSource – Explanation of Payment | | | | | |
| 304 | Medicaid MCO Molina – Explanation of Payment | | | | | |
| 305 | Medicaid MCO Paramount – Explanation of Payment | | | | | |
| 306 | CVS CareMark Payments | | | | | |
| 307 | OBM Warrant Journal - HWP | | | | | |
| 308 | OBM Warrant Journal - HWMC | | | | | |
| 309 | Medicaid Summary Data & Chart | | | | | |
| 310 A-D | Ohio Board of Pharmacy Inspection Report | | | | | |
| 311 | HWP Records Response to Board of Pharmacy – Fill/Not; Patient Profiles | | | | | |
| 312 | HWP Records Response - Prescription Summary | | | | | |
| 313 | Timeline | | | | | |
| 314 | HWP Response to CVS CareMark Request | | | | | |
| 315 | Cease and Desist Letter re: Clinic 5 | | | | | |
| 316 | Cease and Desist Letter re: H&W | | | | | |
| 317 | Board of Pharmacy Maps – outline patients; creams; clinic 5 | | | | | |
| 318 | BCI & I – DNA Report | | | | | |
| 318 A | BCI & I Chain of Custody | | | | | |
| 319 | BCI & I Lab Report | | | | | |
| 320 | Dublin Police Report | | | | N/A | |
| 320 A-C | Dublin Chain of Custody | | | | | |
| 321 | Photo Lineup | | | | | |
| 322 | Summary of Financial Accounts - Business | | | | | |

| | Description | I.D. | Offered | Objection | Admitted | ¶ of Indictment |
|---|---|---|---|---|---|---|
| 323 | Summary of Financial Accounts - Personal | | | | | |
| 324 | Summary of Financial Accounts – Cash | | | | | |
| | **400 SERIES-PRESCRIPTIONS** | | | | | |
| 400 | Prescriptions – 001 (Rivera - not filled) | | | | | |
| 401 | Prescriptions – Rivera Compounds (filled) | | | | | |
| 402 | Prescriptions – Oppong Compounds | | | | | |
| 403 | Prescriptions – (Client Number 00014) | | | | | |
| 404 | Prescriptions – Rivera pre-signed Suboxone | | | | | |
| 405 | Prescriptions – Oppong pre-signed Suboxone | | | | | |
| 406 | Prescriptions – Compounds (D. W.) | | | | | |
| 407 | Prescriptions – Compounds (T.M.) | | | | | |
| 408 | Prescription – Compounds (K.D.) | | | | | |
| 409 | HWP – Refill Request for Nicotine Compound | | | | | |
| | **500 SERIES-PATIENT FILES (REDACTED)** | | | | | |
| 500 | Patient File – Client Number 00014 | | | | | |
| 501 | Excerpts from Patient File – creams (D.W.) | | | | | |
| 502 | Excerpts from Patient File – Client Number 00005 | | | | | |
| 503 | Excerpts from Patient File – Client Number 00022 | | | | | |
| 504 | Excerpts from Patient File – Client Number 00027 | | | | | |
| 505 | Excerpts from Patient File – Client Number 00013 | | | | | |
| 506 | Excerpts from Patient File – Client Number 00002 | | | | | |
| 507 | Excerpts from Patient File – Client Number 00001 | | | | | |
| 508 | Excerpts from Patient File – Client Number 00026 | | | | | |
| 509 | Excerpts from Patient File – Client Number 00012 | | | | | |
| 510 | Excerpts from Patient File – Client Number 00024 | | | | | |
| 511 | Art Therapy - Client Number 00013 | | | | | |
| 512 | Art Therapy - Client Number 00002 | | | | | |
| 513 | Art Therapy - Client Number 00004 | | | | | |
| 514 | Art Therapy - Client Number 00005 | | | | | |
| 515 | Art Therapy – Other examples | | | | | |
| 516 | Excerpts from Patient File – 00023 | | | | | |

| | Description | I.D. | Offered | Objection | Admitted | ¶ of Indictment |
|---|---|---|---|---|---|---|
| 517 | Excerpts from Patient File – 00025 | | | | | |
| 518 | Identical notes; different patients "processes using colors" | | | | | |
| 519 | Excerpts from Patient File – Client Number 00028 | | | | | |
| 520 | COWS Assessment | | | | | |
| | **600 SERIES-SEARCH WARRANT DOCS** | | | | | |
| 600 | HWP Flyer used at Clinic 5 | | | | | |
| 601 | HWP – Pain Cream Flyer | | | | | |
| 602 | HWP forms for creams | | | | | |
| 603 | HWP Sample cream RX form | | | | | |
| 604 | HWP Letter marketing to patients | | | | | |
| 605 | HWP – Audit | | | | | |
| 606 | HWP - 9/2014 Statement | | | | | |
| 607 | HWP Formulas | | | | | |
| 608 | HWP Finished Formula Sheet | | | | | |
| 609 | HWP Policies & Procedures Meeting | | | | | |
| 610 | MMU Flyer | | | | | |
| 611 | HWP Flyer response to C5 | | | | | |
| 612 | HWMC Opening | | | | | |
| 613 | HWMC Opening Flyer | | | | | |
| 614 | HWMC Marketing Packet | | | | | |
| 615 | HWMC Phone Numbers and Coding Rules | | | | | |
| 616 | 6810 Sheets/Examples | | | | | |
| 617 | HWMC Front Desk check-in Sheets | | | | | |
| 618 | HWMC Counseling sign-in logs | | | | | |
| 619 | HWMC Station Duties | | | | | |
| 620 | HWMC Schedule (Phases 1 to 5) | | | | | |
| 621 | HWMC Appointment List 081415 | | | | | |
| 622 | HWMC – Patient to Make-up 8 Minutes | | | | | |
| 623 | HWMC Schedule 9/21/16 "Prescriptions" | | | | | |
| 624 | T.L. pre-signed blank counseling notes | | | | | |
| 625 | E.A. pre-signed blank counseling notes | | | | | |
| 626 | HWMC billing sheets | | | | | |
| 627 | Schedule Cash Payments | | | | | |
| 628 | HWMC Visit Form | | | | | |
| 629 | HWMC Med Refill Form | | | | | |
| 630 | Bryant's Handwritten Floor Plan | | | | | |
| | **700 SERIES- ELECTRONIC EVIDENCE & EMAILS (CPU SW)** | | | | | |
| 700 | Email (11/6/13) Shearer to Darrell re: R.Cook (can ortho RX to self?) | | | | | |
| 701 | Email (6/19/15) Gifty to Snyder re: compound articles – pain and scar | | | | | |
| 702 | Email (7/1/15) Snyder to Gifty re: apologize (resignation) | | | | | |

| | Description | I.D. | Offered | Objection | Admitted | ¶ of Indictment |
|---|---|---|---|---|---|---|
| 703 | Email (2/5/14) Kusi to Darrell & Shearer re: hwp tasks 2-5-14 | | | | | |
| 704 | Email (2/20/14) Kusi to Darrell & Shearer re: cash prices | | | | | |
| 705 | Email (6/5/15) Lasota to Gifty & Darrell re: Summary of Today | | | | | |
| 706 | Email (5/19/15) Snyder to Darrell re: (only offering services to caresource patients) | | | | | |
| 707 | Email (6/5/15) Gifty to Snyder & Lasota re: B12 is safe for babies | | | | | |
| 708 | Email (6/18/2015) Gifty to Snyder re: tasks | | | | | |
| 709 | Email (12/10/14) Stewart to Darrell re: RX on file (Lasota RX) | | | | | |
| 710 | Email (12/20/13) Kusi to Shearer & Darrell re: hwp tasks | | | | | |
| 711 | Email (6/12/2015) Lasota to Snyder re: one more thing … | | | | | |
| 712 | Email (11/25/14) Darrell to Stewart & Kusi re: compound creams (patient has to be seen and get a prescription) | | | | | |
| 713 | Email (6/17/15) Lasota to Darrell re: answer to your text | | | | | |
| 714 | Email (6/13/15) Lasota to Bryant re: patient list for bonus | | | | | |
| 715 | Email (5/30/17) Bryant to Milks re: layoff | | | | | |
| 716 | Email (6/5/15) Lasota to Gifty re: Insurance | | | | | |
| 717 | Email (2/24/14) Shearer to Gifty & Darrell re: Compound co-pay | | | | | |
| 718 | Email (6/5/15) Lasota to Gifty & Darrell | | | | | |
| 719 | Email (2/5/14) Shearer to Gifty & Darrell re: Wednesday | | | | | |
| | **800 SERIES- PHOTOS, TEXT MESSAGES, VIDEOS, CALLS** | | | | | |
| 800 | Photo of HWP - External | | | | | |
| 801 | Photo of HWP - Internal | | | | | |
| 802 | Photo of HWP – Pill Storage | | | | | |
| 803 | Photo of HWP – Compounding area | | | | | |
| 804 | Photo of HWP Compounds (Box of all) | | | | | |
| 805 | Photo of HWP RXs for Client Number 00001 | | | | | |
| 806 | Photo of MMU 1 | | | | | |
| 807 | Photo of Cream from Patient K. A. | | | | | |
| 808 A-D | Photos of Clothes | | | | | |
| 809 | Photo of HWP Sav-A-Lot Sign | | | | | |
| 810 | Photo of stretch mark – Sav-A-Lot | | | | | |
| 811 | Photo of acne – Sav-A-Lot | | | | | |
| 812 | Photo of HWMC - External | | | | | |

| | Description | I.D. | Offered | Objection | Admitted | ¶ of Indictment |
|---|---|---|---|---|---|---|
| 813 | Photo of HWMC – Internal (Doors) | | | | | |
| 814 | Photo of HWMC – Check In | | | | | |
| 815 | Photo of HWMC – Check In Sign | | | | | |
| 816 | Photo of HWMC – Waiting Room | | | | | |
| 817 | Photo of HWMC – Hallway to Waiting room | | | | | |
| 818 | Photo of HWMC – pool tables | | | | | |
| 819 | Photo of HWMC – Front desk area | | | | | |
| 820 | Photo of HWMC – Front desk area (2) | | | | | |
| 821 | Photo of HWMC – other table | | | | | |
| 822 | Photo of HWMC – desk and pool cues | | | | | |
| 823 | Photo of HWMC – Exam rooms | | | | | |
| 824 | Photo of HWMC – Stretch creams | | | | | |
| 825 | Photo of HWMC Policies | | | | | |
| 826 | Photo of H&W Vitamins | | | | | |
| 827 | Photo of HWMC – "Nurses" Area | | | | | |
| 828 | Photo of HWMC – Checkout | | | | | |
| 829 | Photo of HWMC - Desk | | | | | |
| 830 | Photo of HWMC - Office | | | | | |
| 831 | Photo of HWMC - Crayons | | | | | |
| 832 | Photo of HWMC - Art Therapy Room 1 | | | | | |
| 833 | Photo of HWMC – Art Therapy Room 2 | | | | | |
| 834 | Photo of HWMC – Art Therapy Room 3 | | | | | |
| 835 | Photo of pre-printed Oppong RXs for creams | | | | | |
| 836 | Photo of Oppong pre-signed RX for Suboxone | | | | | |
| 837 | Photo of Email re: keep MDs busy | | | | | |
| 838 | Photo of Demint letter | | | | | |
| 839 | Photo of revenue potential | | | | | |
| 840 | Photo of cash deposit on 6/26/16 | | | | | |
| 841 A-C | Confidential Informant Video 8/23/16(1-3) | | | | | |
| 842 | LaSota recorded meeting w/ Bryant & Kusi (6/12/2015) | | | | | |
| 843 | LaSota recorded her Suboxone visit (June 2015) recordings 1-3 | | | | | |
| 844 | LaSota call to Bryant (6/23/15) re: illegal activity (voicemail) | | | | | |
| 845 | LaSota meeting with Bryant & Kusi (6/23/15) re: illegal activity | | | | | |
| 846 A-D | Darrell Bryant – recorded statements | | | | | |
| 847 | Darrell Bryant – Dublin PD recorded statement | | | | | |
| 848 | Gifty Kusi – recorded statement | | | | | |
| 849 | Surveillance video clip | | | | | |
| 850 | Photo of RXs – not signed | | | | | |
| 851 | HWMC Floor Plan | | | | | |
| 852 | Photo of Entire Building | | | | | |
| 853 | Photo of Real Time Pain Cream | | | | | |

|     | Description | I.D. | Offered | Objection | Admitted | ¶ of Indictment |
|-----|-------------|------|---------|-----------|----------|-----------------|
|  | 900 SERIES-LASOTA DOCUMENTS ||||||
| 900 | MMU Process and Roles | | | | | |
| 901 | MMU Visit Schedule | | | | | |
| 902 | Patients to be seen 061415 | | | | | |
| 903 | Patients to be seen 061915 | | | | | |
| 904 | Items needed for MMU | | | | | |
| 905 | HWMC Flyer | | | | | |
| 906 | HWMC Referral Form | | | | | |
| 907 | HWMC Intake Form | | | | | |
| 908 | MMU Overview – May 26 | | | | | |
| 909 | May 11 Sheet | | | | | |
| 910 | Big Walnut Checklist | | | | | |
| 911 | Lasota's Job Offer Letter | | | | | |
| 912 | Lasota's Weekly Schedule | | | | | |
| 913 | Letter to HWMC 062315 | | | | | |
| 914 | Letter to HWMC 063015 | | | | | |
|  | 1000 SERIES-PHYSICAL EVIDENCE ||||||
| 1000 | Pain Cream | | | | | |
| 1001 | Acne Cream | | | | | |
| 1002 | Scar Cream | | | | | |
| 1003 | Anti-Aging Cream | | | | | |
| 1004 | Box of creams | | | | | |
| 1005 | Compounds received from Client Number 0007 and Client Number 0008 | | | | | |
| 1006 | Compounds received from T.M. | | | | | |