IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 2-17-CR-0146 |
| | : | JUDGE ALGENON L. MARBLEY |
| DARRELL L. BRYANT, | : | |
| GITFY KUSI, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on Defendants' section Motion to Extent Presentence Investigation Report Deadlines. Defendants request an additional sixty-day extension of the current presentence investigation deadlines in order to prepare their arguments with respect to loss amount.

Having considered the Motion and for good cause shown, Defendants' Motion is hereby **GRANTED**.

IT IS SO ORDERED.

s/Algenon L. Marbley
ALGENON L. MARBLEY
United States District Judge

Dated: April 25, 2019