# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.

**Jornel Rivera**

        **Defendant.**

: CASE NO: 2:17-CR-146(3)

: CHIEF JUDGE MARBLEY

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-titled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

s/Daniel A. Brown
DANIEL A. BROWN (0023147)
Assistant United States Attorney
Attorney for Plaintiff
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401
(614) 469-5715
(614) 469-5240 fax
dan.brown@usdoj.gov

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Jornel Rivera, 4797 Pine Ave., Hilliard, Ohio 43026, by first class mail, postage prepaid, this 13th day of April, 2021.

s/Daniel A. Brown
Daniel A. Brown (0023147)
Assistant United States Attorney